# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: KM 07-01142

**Judgment rendered and mailed to all parties or counsel of record on September 18, 2007.**

STATE OF LOUISIANA
VERSUS
MYCHAL D. BELL

FILED: 09/18/07

On application of Mychal D. Bell for Motion to Enforce in No. 82112 on the docket of the Twenty-Eighth Judicial District Court, Parish of LaSalle, Hon. John Philip Mauffray, Jr.

|  |  |
|---|---|
| | Counsel for: |
| Louis Granderson Scott | Mychal D. Bell |
| Carol Denise Powell-Lexing | |
| | |
| | Counsel for: |
| Hon. J. Reed Walters | State of Louisiana |

Lake Charles, Louisiana, on September 18, 2007.

**<u>MOTION NOT CONSIDERED:</u>** The motion for release from custody, filed by the Defendant in this court, is premature. The Defendant does not allege that he has filed an application in the trial court seeking release from custody, based on this court's prior ruling vacating his conviction in district court, pursuant to either the habeas corpus provisions of La.Code Crim.P. arts. 351, et. seq., which mandate a hearing on such a motion within seventy-two hours, or the bail provisions of La.Ch.Code arts. 817-831, if applicable. *See* also La.Code Crim.P. art. 912.1(C)(1).

For this reason, the Defendant's motion is not considered.

| _____ | _____ | _____ |
|---|---|---|
| SRC | JDS | MGS |